(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK

2019 NOV -8 PM 3: 34

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Denise Thurmond
211 Owen St.
Hamilton, Oh 45011

vs.

Ford Motor Company
3000 E. Sharon Rd
Cincinnati, Oh 45241

**Defendants(s)**

Case No.

1:19CV955

J. BARRETT

M.J. BOWMAN

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

**I. Are you employed?** Yes____ No ✓
  A. If you answered "Yes":
    (1) What is the name and address of your employer
    _____
    (2) How much do you earn per month?
    _____

  B. If you answered "No"
    (1) Have you ever been employed? Yes ✓ No____
    If yes, what was the last year and month you were employed? 8-14-19
    How much did you earn a month? $435.00

**II. What is your marital status?**
  Single ✓   Married____   Widowed____   Divorced____
  A. If you answered "Married":
    (1) Is your spouse employed? Yes____ No____
    If yes, how much does your spouse earn each month?
    $_____

**III. Do you have any dependents?** Yes____ No ✓
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

  | Name | Relationship | Amount |
  |------|--------------|--------|
  |      |              |        |

**IV.** Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source? Yes ✓ No____
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

  | Source | Amount | Source | Amount |
  |--------|--------|--------|--------|
  | Ford Motor | $435.00 |  | $ |
  |  | $ |  | $ |
  |  | $ |  | $ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes____   No____

   A. If you answered "Yes", state the combined total amount:
      $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes____   No____
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

VIII. State your address and telephone number where the Court can reach you.
_____
_____
_____
_____

I declare under penalty of perjury that the above information is true and correct.

11-8-19                    *[signature]*
_____             _____
    Date                  Signature of Applicant

-3-