# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

Denise Thurmond :

(Enter above the full name of the plaintiff in this action)

NOV 0_ 2019

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

v. :

Ford Motor Company
3000 E. Sharon Rd.
Cincinnati, Oh 45241

(Enter the above full name of the defendant or defendants in this action)

Case No. 1:19CV955

J. BARRETT
M.J. BOWMAN

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)

---

I. **Parties**

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A. Name of Plaintiff  Denise Thurmond

Address  211 Owen ST., Ham, Oh 45011

Telephone No.  513-487-0230

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B. Defendant  Ford Motor Company
(As named in the attached charge)

Address  3000 E. Sharon RD
Cincinnati, Oh 45241

C. Additional defendants (as named in the attached charge):

_____

_____

_____

**II. The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).**

A. The date the notice of right to sue was issued by the Equal Employment Opportunity commission was __Aug 15, 2019__.

B. The date you received the notice of right to sue was __Aug 21, 2019__.

C. ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

**III. Statement of Claim**

The Equal Employment Opportunities Act provides, in part, that

    (a) it shall be an unlawful employment practice for an employer --

        (1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

Information Attached regarding Lawsuit.

*Also two of Ford Motor Company manager's told me to file a complaint against Ford for harassment

**IV. Relief**

(*State briefly exactly what you want the Court to do for you.* Make no arguments. Cite no cases or statutes.)

I would like the Court to order Ford Motor Co. to pay me for back pay and pain & suffering which the UAW notified them to settle for 430,000 what i would be entitled to upon retirement

(Signature of Plaintiff) *Denise Hammond*

I declare under penalty of perjury that the foregoing is true and correct.

11-8-19
(Date)

(Signature of Plaintiff) *Denise Hammond*

-3-