IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DENISE THURMOND, | : | Case No. 1:19-cv-955 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| FORD MOTOR COMPANY, | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 46), GRANTING MOTIONS TO DISMISS FOR FAILURE TO PROSECUTE (Docs. 32 & 45)**

This action is before the Court upon the Report and Recommendation (the "Report") (Doc. 46) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Bowman recommends that the Court grant Defendant's Motions to Dismiss for Failure to Prosecute (Doc. 32 & 45) and dismiss this matter with prejudice. Plaintiff filed Objections (Doc. 47) to the Report, in response to which Defendant filed a memorandum supporting the Magistrate Judge's recommended disposition (Doc. 48).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections are not well-taken and are accordingly **OVERRULED**. Defendant's Motions to Dismiss to Failure to Prosecute (Doc. 3) are **GRANTED** and this case shall be **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

By: /s/ Matthew W. McFarland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE