IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DENISE THURMOND, | : | Case No. 1:19cv955 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:** That the Court finds that Plaintiff's Objections are not well-taken and are accordingly **OVERRULED.** Defendant's Motions to Dismiss for Failure to Prosecute (Doc. 32 & 45) are **GRANTED** and this case shall be **DISMISSED WITH PREJUDICE.**

March 23, 2022.

                                                                Richard W. Nagel, Clerk of Court
                                                                By: */s/ Kellie A. Fields*
                                                                       Deputy Clerk