

RECEIVED
JUL 05 2022
DEBORAH S. HUNT, Clerk

Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the **Southern**
District of **Ohio**
Docket Number **1:22 CV 282**

**Denise Thurmond**, Plaintiff

v.

**Ford Motor**, Defendant

Notice of Appeal

_____ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the **6th** Circuit from the final judgment entered on **March 2022** (state the date the judgment was entered).

(s) _____
Attorney for _____
Address: _____

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]

*Denise Thurmond*

* See Rule 3(c) for permissible ways of identifying appellants.





**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT

CLERK

Tel. (513) 564-7000
www.ca6.uscourts.gov

July 11, 2022

Mr. Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio
100 East Fifth Street
Suite 103, Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

Dear Mr. Nagel:

Enclosed please find a request to appeal the decision in your case number **1:19-cv-955 Thurmond v. Ford Motor Co**. The document was received in this court on **July 5, 2022**.

Please file the notice of appeal pursuant to Fed. R. App. P 4(d), which states, "if a notice of appeal is mistakenly filed in the court of appeals, the clerk of the court of appeals shall note thereon the date on which it was received and transmit it to the clerk of the district court."

The date the appeal was received is stamped on the notice of appeal and is forwarded to your court pursuant to FEDERAL RULE OF APPELLATE PROCEDURE Rule 4(d).

Very truly yours,

s/Patricia Elder
Senior Case Manager

Enclosure: Notice of Appeal