UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> FILED
> Aug 22, 2022
> DEBORAH S. HUNT, Clerk

No. 22-3605

DENISE THURMOND,

    Plaintiff-Appellant,

v.

FORD MOTOR COMPANY,

    Defendant-Appellee.

Before: SILER, MOORE, and WHITE, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk